B. Altman & Co. *v.* United States

No. 6936.—Invoices dated London, England, April 24, 1946, etc.
Certified April 26, 1946, etc.
Entered at New York, N. Y., May 22, 1946, etc.
Entry Nos. 18586; 706112.

(Decided February 28, 1947)

*Marlow & Hines,* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

Cole, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

The agreed set of facts, embodied in the stipulation of submission, establishes that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)) is the proper basis for appraisement of the instant merchandise, and that such statutory values of the articles in question are the appraised values, less additions made by the importer on entry because of advances in similar cases.

Inter-Maritime Forwarding Co., Inc., et al. *v.* United States

No. 6937.—Invoices dated Glasgow, Scotland, July 10, 1946, etc.
Certified July 23, 1946, etc.
Entered at New York, N. Y., July 30, 1946, etc.
Entry No. 708463, etc.

(Decided February 28, 1947)

*Tompkins & Tompkins (J. Stuart Tompkins* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

Cole, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax described in the law of the United Kingdom entitled "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

Undisputed facts establish that the proper basis for appraisement of the instant merchandise is export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), and that such statutory values for the articles in question are the appraised values, less additions made on entry because of advances in similar cases.